**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 06/30/2026

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) | 3. USCIS Online Account Number (if any) |
|---|---|---|
| 246-711-624 | N/A | N/A |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| MENDOZA LUNA | Kakys | Mauricio |

**7. What other names have you used (include maiden name and aliases)?**
N/A

**8. Residence in the U.S. (where you physically reside)**

| Street Number and Name | Apt. Number |
|---|---|
| 1389 Broadway | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| South Portland | ME | 04106 | (3 2 0)- 4 2 3 - 9 8 2 8 |

(**NOTE:** *You must be residing in the United States to submit this form.*)

**9. Mailing Address in the U.S. (if different than the address in Item Number 8)**

| In Care Of (if applicable): | Telephone Number |
|---|---|
| | (3 2 0) 4 2 3 - 9 8 2 8 |

| Street Number and Name | Apt. Number |
|---|---|
| 1389 Broadway | |

| City | State | Zip Code |
|---|---|---|
| South Portland | ME | 04106 |

RECEIVED
OCT 21 2024
IMMIGRATION COURT
CHELMSFORD, MA

**10. Gender:** ☒ Male ☐ Female
**11. Marital Status:** ☒ Single ☐ Married ☐ Divorced ☐ Widowed

| 12. Date of Birth (mm/dd/yyyy) | 13. City and Country of Birth |
|---|---|
| 10/06/1993 | Managua, Nicaragua |

| 14. Present Nationality (Citizenship) | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| Nicaragua | Nicaragua | Hispanic | Christian |

**18. Check the box, a through c, that applies:**
a. ☐ I have never been in Immigration Court proceedings.
b. ☒ I am now in Immigration Court proceedings.
c. ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19. Complete 19 a through c.**
a. When did you last leave your country? (mm/dd/yyyy) 11/22/2022    b. What is your current I-94 Number, if any? None

c. List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 12/16/2022 | Paso Del Norte, TX | None | N/A |
| N/A | N/A | N/A | |
| N/A | N/A | N/A | |

| 20. What country issued your last passport or travel document? | 21. Passport Number C02264365 | 22. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| Nicaragua | Travel Document Number | 11/10/2027 |

| 23. What is your native language (include dialect, if applicable)? | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| Nicaraguan Sign Language | ☐ Yes ☒ No | None |

| For EOIR use only. | For USCIS use only. | Action:<br>Interview Date: _____<br>Asylum Officer ID No.: _____ | Decision:<br>Approval Date: _____<br>Denial Date: _____<br>Referral Date: _____ |
|---|---|---|---|

Form I-589  Edition  03/01/23

Page 1