**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAKYS MAURICIO MENDOZA LUNA,<br><br>Petitioner,<br><br>v.<br><br>KONSTANTINOS DIAMANTAKOS, Field Office Director of ICE Burlington Office, PATRICIA HYDE, Field Office Director, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security, PAMELA J. BONDI, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>Respondents. | Case No. 1:26-cv-10312-ADB<br><br>**NOTICE OF GOVERNMENT VIOLATION OF STANDING ORDER** |

**NOTICE OF GOVERNMENT VIOLATION OF STANDING ORDER**

Petitioner Kakys Mauricio Mendoza Luna, through counsel, hereby informs the Honorable Court of the Government's apparent violation of the Court's January 23, 2026 Standing Order, which required 48 hours' advance notice before the Government moved the Petitioner outside the District of Massachusetts. On January 28, 2026, Undersigned Counsel received a notification directly from the Department of Homeland Security that **the Government moved the Petitioner to Donald W. Wyatt Detention Facility in Central Falls, RI 02863, after January 23, 2026**. A screenshot of the Petitioner's location is included with the instant notice.

Dated: January 28, 2026

Respectfully submitted,

*/s/ Shantanu Chatterjee*
Shantanu Chatterjee, Esq.
MA BBO No. 698677
New England Immigration Law
88 Broad Street, Suite 402
Boston, MA 02110
(413)-776-4817 (tel.)
shaan@newenglandimmigrationlaw.com
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I, Shantanu Chatterjee, Counsel for Petitioner hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 28, 2026

Respectfully submitted,

*/s/ Shantanu Chatterjee*

Shantanu Chatterjee, Esq.
New England Immigration Law
(413)-776-4817 (tel.)
shaan@newenglandimmigrationlaw.com