U.S. Immigration and Customs Enforcement

Notifications | My Legal Visits | Participating Detention Facilities | G-28 Instructions | Home | SC Shantanu Chatterjee

ERO eFile Notifications

## ERO eFile Notifications

| | |
|---|---|
| Date of Notification: 2026-01-28 13:41:15 | AOR: BOS |
| Client First Name: KAKYS | Notification Type: Detainee Transfer |
| Client Last Name: MENDOZA LUNA | Detention Location: WYATT DETENTION CENTER |
| G-28 Number: G280089198 | Representative Email: shaan@newenglandimmigrationlaw.com |
| | Representative Name: Shantanu Chatterjee |